

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-20-00137-CV

**IN RE** Martin **MARES**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

On March 4, 2020, relator filed a petition for writ of mandamus and a motion for emergency stay pending final resolution of the petition for writ of mandamus. On March 6, relator filed an amended petition for writ of mandamus. After considering the amended petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the amended petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency stay is denied as moot.

It is so **ORDERED** on March 11, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-18694, styled *In the Matter of the Marriage of Maria Christina Luna Mares and Martin Mares, Jr. and In the Interest of K.I.M., A.N.M., and R.J.M., Minor Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.